# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO.  09-16-00177-CV
_____

### KIERRAH S. BUSHNELL, Appellant

### V.

### DEMARCUS JAMAL BUSHNELL, Appellee

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-223,019**

### ORDER

Kierrah S. Bushnell filed a declaration of inability to pay costs in the appellate court and requested that a clerk's record be prepared. *See* Tex. R. App. P. 20.1(c)(1), (3). The trial court clerk filed a contest. *See* Tex. R. App. P. 20.1(e). When an affidavit of indigence is filed in the appellate court and a contest is filed, the Court may refer the matter to the trial court. See Tex. R. App. P. 20.1(h)(4).

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for a determination of the appellant's indigence. The

1

trial court shall hear evidence and grant the appropriate relief. *See* Tex. R. App. P. 20.1(h)(4). The trial court shall set a hearing and notify the parties and the court reporter of the setting. The trial court shall either conduct a hearing within ten days of receiving the referred contest from this Court or within that time sign an order extending the hearing date for not more than twenty days. *See* Tex. R. App. P. 20.1(i) (1), (2)(B), (3). Unless the trial court signs an order sustaining the contest within the period set for the hearing, the affidavit's allegations will be deemed true. *See* Tex. R. App. P. 20.1(i)(4). A supplemental clerk's record containing any orders signed by the trial court in connection with the contest and any documents filed with the trial court in connection with the contest, together with a reporter's record of any hearing conducted pursuant to this Order, shall be filed with the Court of Appeals by August 22, 2016.

ORDER ENTERED July 21, 2016.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.